

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-20-00460-CR

Michael A. **WILSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8205
Honorable Velia J. Meza, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, appellant's motion to supplement the clerk's record is DENIED, and the judgment of the trial court is AFFIRMED.

SIGNED March 23, 2022.

_____
Lori I. Valenzuela, Justice